UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
| | **ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates to: | |
| Will Bass, Sr. — 06-0087 CRB | |
| Jean M. Benham, et al. — 06-1689 CRB | |
| Louise Bush — 06-2431 CRB | |
| Ethel L. Cook — 05-4779 CRB | |
| Junior Counts — 06-2081 CRB | |
| Richard Croft — 06-1901 CRB | |
| David L. Davis — 08-1858 CRB | |
| Robert C. Duke, et al. — 07-0056 CRB | |
| Julie E. Greer — 08-1858 CRB | |
| Wayne A. Gunnison — 06-3665 CRB | |
| Jonathan Halley — 05-4781 CRB | |
| Clarice Hare — 05-4735 CRB | |
| Earl J. Lachney — 06-3094 CRB | |
| Robert Lewis — 08-0220 CRB | |
| Randolph D. McMillion, et al. — 07-0473 CRB | |
| Lecia Nolan — 06-2434 CRB | |
| Clara Olmsted — 08-1858 CRB | |
| Heathere Ralph — 06-2436 CRB | |
| Martha Taylor — 06-0087 CRB | |

1 | The Court ordered the plaintiffs identified in the caption to show cause why their actions
2 | should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause
3 | order, no plaintiff listed in the caption has responded to the Court's order and no plaintiff
4 | appeared at the show cause hearing. Accordingly, the actions identified in the above caption are
5 | DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

6 | **IT IS SO ORDERED.**

7 | Dated: September 25, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE