Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-2431 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Sandra M. Adamcewicz, individually, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

  Come now the Plaintiffs Linda Anderson, individually; Buelah M. Bueaux, individually; Maudie Curney, individually; Denis Deshon, individually; Keith Fournier, individually; Alydia Jackson, individually; Donald R. Jefferson, individually; Mary K. Johnson, individually; Earnestine N. Kessee, individually; Adam Meno, individually; Lillie Mae Miles, individually; Rose Nelson, individually; Timothy Wayne Oliver, individually; Van Lee Parker, individually; Carol Phillips, individually; Joetta Shields, individually and as personal representative of the Estate of Joseph Shields, deceased; Rita M. Summers, individually; Liliac Todd, individually; and Bernice Nancy Williams, individually, in the above-entitled action and Defendants, by and

-1-

through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 10·16, 2009    By: /s/ Navan Ward J.

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009    By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 22, 2009

Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

PFZR/1035934/1132569v.1
EAST\42580013.1