1 Frank Woodson
Navan Ward
2 **BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
3 218 Commerce Street
P.O. Box 4160
4 Montgomery, Alabama 36103
Telephone: 334-269-2343
5 Facsimile: 334-954-7555
Attorneys for Plaintiffs
6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| 12 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND 13 PRODUCT LIABILITY LITIGATION | Case No. : 06-2431 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| 14 | |
| 15 Sandra M. Adamcewicz, individually, et al., | |
| 16                                    Plaintiffs | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 vs. | |
| 18 Pfizer Inc, et al., | |
| 19                                    Defendants. | |

20

21     Come now the Plaintiffs Linda Anderson, individually; Buelah M. Bueaux, individually;

22 Maudie Curney, individually; Denis Deshon, individually; Keith Fournier, individually; Alydia

23 Jackson, individually; Donald R. Jefferson, individually; Mary K. Johnson, individually;

24 Earnestine N. Kessee, individually; Adam Meno, individually; Lillie Mae Miles, individually;

25 Rose Nelson, individually; Timothy Wayne Oliver, individually; Van Lee Parker, individually;

26 Carol Phillips, individually; Joetta Shields, individually and as personal representative of the

27 Estate of Joseph Shields, deceased; Rita M. Summers, individually; Liliac Todd, individually;

28 and Bernice Nancy Williams, individually, in the above-entitled action and Defendants, by and

1  through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
2  hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein
3  only with each side bearing its own attorneys' fees and costs.

DATED: 10 · 16, 2009     By: /s/ Navan Ward J.

**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009     By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 22, 2009

Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*