1 | Frank Woodson
Navan Ward
2 | **BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
3 | 218 Commerce Street
P.O. Box 4160
4 | Montgomery, Alabama 36103
Telephone: 334-269-2343
5 | Facsimile: 334-954-7555
Attorneys for Plaintiffs
6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. : 06-2431 CRB**<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Sandra M. Adamcewicz, individually, et al.,<br><br>                    Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff Sylvester Taylor in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42634109.1

1

2    DATED: 12·17, 2009    By: _Kevran Wadf._

3                                      **BEASLEY, ALLEN, CROW, METHVIN,**
                                       **PORTIS & MILES, P.C.**
4                                      218 Commerce Street
                                       P.O. Box 4160
5                                      Montgomery, Alabama 36103
                                       Telephone:  334-269-2343
6                                      Facsimile:  334-954-7555

7                                      *Attorneys for Plaintiffs*

8    DATED: Dec. 28, 2009    By: _____

9

10                                     **DLA PIPER LLP (US)**
                                       1251 Avenue of the Americas
11                                     New York, New York 10020
                                       Telephone:  212-335-4500
12                                     Facsimile:  212-335-4501

13                                     *Defendants' Liaison Counsel*

14

15   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**

16

17   Dated: FEB - 3 2010

18                                     Hon. Charles R. Breyer
                                       United States District Court

19

20

21

22

23

24

25

26

27

28

-2-

PFZR/1035934/1132569v.1